IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                            4:23-CR-00172-01-JM

HAYDEN COLE PAMPLIN

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 21) is DENIED.

Defendant is not entitled to the zero-point reduction, because his criminal history score is 1 not 0.

IT IS SO ORDERED this 19th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE